COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

Appellate case name:       Ruben Juarez v. The State of Texas

Appellate case number:     01-12-00061-CR

Trial court case number:   1268678

Trial court:               185th District Court of Harris County

     State's exhibit 98—a DVD of the defendant's interrogation—was admitted into evidence at trial in the above case. This Court orders the Harris County District Clerk, or the court reporter if the exhibit is still in his or her possession, to send the original of State's exhibit 98—a DVD of the defendant's interrogation—to this Court. The Clerk of this Court is directed to cooperate with the district clerk and/or court reporter to provide for the safekeeping, transportation, and return of such exhibit. *See* TEX. R. APP P. 34.6(g)(2).

     The exhibit is due in this Court no later than May 9, 2013.

     It is so ORDERED.

Judge's signature: /s/ Michael Massengale
         ☑ Acting individually    ☐ Acting for the Court

Date: April 26, 2013